IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:13-cv-01968-AP

TRINA M. RAEL,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
Tel. (719) 543-8636
Fax (719) 543-8403
seckarlaw@mindspring.com

John F. Walsh
United States Attorney

J. Benedict Garcia
Assistant United States Attorney
District of Colorado

For Defendant:
Alexess D. Rea
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, 4169
Denver, Colorado 80294-4003
Tel. (303) 844-7101
Fax (303) 844-0770
Alexess.rea@ssa.gov

- 1 -

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      A.    Date Complaint Was Filed:      **July 24, 2013**

      B.    Date Complaint Was Served on U.S. Attorney's Office: **September 10, 2013**

      C.    Date Answer and Administrative Record Were Filed:  **November 1, 2013**

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state to the best of their knowledge the record is adequate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state to the best of their knowledge that the record is complete.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state to the best of their knowledge that this case does not raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties state there are no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this court

**8.  BRIEFING SCHEDULE**

The parties request a briefing schedule two weeks outside of the standard briefing schedule to account for a large number of cases where answers were filed on the same day.

      A.    **Plaintiff's Opening Brief Due:**      **January 24, 2014**

      B.    **Defendant's Response Brief Due:**      **February 24, 2014**

      C.    **Plaintiff's Reply Brief (If Any) Due:**      **March 10, 2014**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    Plaintiff's Statement:  Plaintiff does not request oral argument.

    B.    Defendant's Statement: Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause*.

DATED this 21st day of November, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Michael W. Seckar
Michael W. Seckar
402 West 12th Street
Pueblo, Colorado 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

s/ Alexess D. Rea
By: Alexess D. Rea
Special Assistant U.S. Attorney
Office of the General Counsel, SSA
1961 Stout Street, 4169
Denver, Colorado 80294-4003
(303) 844-7101
Alexess.rea@ssa.gov
Attorneys for Defendant.